# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALVIN WASHINGTON, | : | No. 73 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 260 |
| | : | MD 2019 dated July 17, 2019 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  October 21, 2020**

    **AND NOW,** this 21st day of October, 2020, the order of the Commonwealth Court is **AFFIRMED**.